

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00574-CV

Jonathan **CASTRO**,
Appellant

v.

Theretha **SMITH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV02911
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.
Costs of appeal are assessed against Appellant Jonathan Castro.

SIGNED January 11, 2023.

_____
Liza A. Rodriguez, Justice